IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-307-DWD |
| | ) |
| HOSPICE OF SOUTHERN ILLINOIS INC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 12, 2024 (Doc. 35), as well as the Stipulation of Dismissal (Doc. 34), this action is **DISMISSED with prejudice** with each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: September 12, 2024

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**